Form 132 − 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  23−13657−RG
Chapter:  13
Judge:  Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Richard M Vanatta Jr.
   28 Karen Place
   Budd Lake, NJ 07828

Social Security No.:
   xxx−xx−0934

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:            7/19/23
Time:            08:30 AM
Location:        Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

   An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

   **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: May 15, 2023
JAN: wdh

                              Jeanne Naughton
                              Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court

District of New Jersey

In re:                                                                                         Case No. 23-13657-RG
Richard M Vanatta, Jr.                                                                          Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2                        User: admin                                  Page 1 of 3
Date Rcvd: May 15, 2023                     Form ID: 132                                 Total Noticed: 29

The following symbols are used throughout this certificate:
**Symbol   Definition**

+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^        Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 17, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Richard M Vanatta, Jr., 28 Karen Place, Budd Lake, NJ 07828-1021 |
| 519903590 | | State of New Jersey, Division of Taxation, Bankruptcy Unit, PO Box 245, Trenton, NJ 08695-0245 |
| 519903592 | + | Syncb/Old Navy, P.o. Box 8803, Wilmington, DE 19899-8803 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | May 15 2023 20:56:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | May 15 2023 20:56:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519903572 | + | Email/PDF: bncnotices@becket-lee.com | May 15 2023 21:11:13 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 519903573 | + | Email/PDF: bncnotices@becket-lee.com | May 15 2023 21:00:21 | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 519903575 | + | Email/Text: creditcardbkcorrespondence@bofa.com | May 15 2023 20:54:00 | Bank of America, Po Box 982238, El Paso, TX 79998-2238 |
| 519903574 | + | Email/Text: creditcardbkcorrespondence@bofa.com | May 15 2023 20:54:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 519903578 | + | Email/Text: bankruptcy.notifications@fisglobal.com | May 15 2023 20:56:00 | Chex System Inc, 7805 Hudson Road, Suite 100, Woodbury, MN 55125-1595 |
| 519903580 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 15 2023 21:22:35 | Citibank, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 519903579 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 15 2023 21:11:41 | Citibank, Attn: Bankruptcy, P.O. Box 790034, St Louis, MO 63179-0034 |
| 519908871 | | Email/Text: mrdiscen@discover.com | May 15 2023 20:55:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 519903582 | + | Email/Text: mrdiscen@discover.com | May 15 2023 20:55:00 | Discover Financial, Po Box 30939, Salt Lake City, UT 84130-0939 |
| 519903581 | + | Email/Text: mrdiscen@discover.com | May 15 2023 20:55:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 519903583 | ^ | MEBN | May 15 2023 20:47:28 | Equifax, PO BOX 740241, Atlanta, GA 30374-0241 |
| 519903584 | ^ | MEBN | May 15 2023 20:47:21 | Experian, PO BOX 9701, Allen, TX 75013-9701 |
| 519903585 | | Email/Text: sbse.cio.bnc.mail@irs.gov | May 15 2023 20:56:00 | IRS, PO BOX 7346, Philadelphia, PA 19101-7346 |
| 519903576 | | Email/PDF: ais.chase.ebn@aisinfo.com | | |

| District/off: 0312-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: May 15, 2023 | Form ID: 132 | Total Noticed: 29 |

| | | | | |
|---|---|---|---|---|
| | | | May 15 2023 21:22:45 | Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850 |
| 519903577 | | Email/PDF: ais.chase.ebn@aisinfo.com | May 15 2023 21:11:50 | Chase Card Services, Po Box 15369, Wilmington, DE 19850 |
| 519903586 | + | Email/Text: PBNCNotifications@peritusservices.com | May 15 2023 20:55:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 519903587 | + | Email/Text: PBNCNotifications@peritusservices.com | May 15 2023 20:55:00 | Kohls/Capital One, Po Box 3115, Milwaukee, WI 53201-3115 |
| 519903588 | | Email/Text: Bankruptcy.Notices@pnc.com | May 15 2023 20:55:00 | Pnc Mortgage, Attn: Bankruptcy, Po Box 8819, Dayton, OH 45401 |
| 519903589 | | Email/Text: Bankruptcy.Notices@pnc.com | May 15 2023 20:55:00 | Pnc Mortgage, Po Box 8703, Dayton, OH 45401 |
| 519903592 | ^ | MEBN | May 15 2023 20:47:53 | Syncb/Old Navy, P.o. Box 8803, Wilmington, DE 19899-8803 |
| 519903591 | + | Email/PDF: gecsedi@recoverycorp.com | May 15 2023 20:59:22 | Syncb/Old Navy, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519903593 | + | Email/PDF: gecsedi@recoverycorp.com | May 15 2023 21:11:32 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519903594 | + | Email/PDF: gecsedi@recoverycorp.com | May 15 2023 21:00:03 | Synchrony Bank/Lowes, Po Box 956005, Orlando, FL 32896-0001 |
| 519903595 | | Email/Text: epr@telecheck.com | May 15 2023 20:56:00 | TeleCheck Services, Inc., Attn: Bankruptcy Dept, PO Box 4451, Houston, TX 77210-4451 |
| 519903596 | ^ | MEBN | May 15 2023 20:48:19 | Trans Union, PO BOX 2000, Chester, PA 19016-2000 |

TOTAL: 27

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 17, 2023                 Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 15, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 3 of 3 |
| Date Rcvd: May 15, 2023 | Form ID: 132 | Total Noticed: 29 |

Scott E. Tanne on behalf of Debtor Richard M Vanatta Jr. ecf@tannelaw.com, tannesr87179@notify.bestcase.com;tanne.ecf.email@gmail.com

U.S. Trustee USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 4