Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  23−13657−RG
Chapter:  13
Judge:  Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Richard M Vanatta Jr.
    28 Karen Place
    Budd Lake, NJ 07828

Social Security No.:
    xxx−xx−0934

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on July 20, 2023.

Dated: July 21, 2023
JAN: slm

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 23-13657-RG |
| Richard M Vanatta, Jr. | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| District/off: 0312-2 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Jul 21, 2023 | Form ID: plncf13 | Total Noticed: 32 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 23, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Richard M Vanatta, Jr., 28 Karen Place, Budd Lake, NJ 07828-1021 |
| 519903590 | | State of New Jersey, Division of Taxation, Bankruptcy Unit, PO Box 245, Trenton, NJ 08695-0245 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jul 21 2023 21:01:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 21 2023 21:01:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519903572 | + | Email/PDF: bncnotices@becket-lee.com | Jul 21 2023 21:11:55 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 519903573 | + | Email/PDF: bncnotices@becket-lee.com | Jul 21 2023 21:22:26 | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 519903575 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Jul 21 2023 20:59:00 | Bank of America, Po Box 982238, El Paso, TX 79998-2238 |
| 519903574 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Jul 21 2023 20:59:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 519903578 | + | Email/Text: bankruptcy.notifications@fisglobal.com | Jul 21 2023 21:02:00 | Chex System Inc, 7805 Hudson Road, Suite 100, Woodbury, MN 55125-1595 |
| 519903580 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 21 2023 21:11:08 | Citibank, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 519903579 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 21 2023 21:10:57 | Citibank, Attn: Bankruptcy, P.O. Box 790034, St Louis, MO 63179-0034 |
| 519908871 | | Email/Text: mrdiscen@discover.com | Jul 21 2023 20:59:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 519903582 | + | Email/Text: mrdiscen@discover.com | Jul 21 2023 20:59:00 | Discover Financial, Po Box 30939, Salt Lake City, UT 84130-0939 |
| 519903581 | + | Email/Text: mrdiscen@discover.com | Jul 21 2023 20:59:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 519903583 | | Email/Text: bankruptcycourts@equifax.com | Jul 21 2023 21:00:00 | Equifax, PO BOX 740241, Atlanta, GA 30374 |
| 519903584 | ^ | MEBN | Jul 21 2023 20:54:34 | Experian, PO BOX 9701, Allen, TX 75013-9701 |
| 519903585 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 21 2023 21:01:00 | IRS, PO BOX 7346, Philadelphia, PA 19101-7346 |
| 519903576 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jul 21 2023 21:10:57 | Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850 |

District/off: 0312-2 · User: admin · Page 2 of 3

Date Rcvd: Jul 21, 2023 · Form ID: plncf13 · Total Noticed: 32

| 519903577 | | Email/PDF: ais.chase.ebn@aisinfo.com | | |
| | | | Jul 21 2023 20:58:03 | Chase Card Services, Po Box 15369, Wilmington, DE 19850 |
| 519923145 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | | |
| | | | Jul 21 2023 21:00:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 519903586 | + | Email/Text: PBNCNotifications@peritusservices.com | | |
| | | | Jul 21 2023 21:00:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 519903587 | + | Email/Text: PBNCNotifications@peritusservices.com | | |
| | | | Jul 21 2023 21:00:00 | Kohls/Capital One, Po Box 3115, Milwaukee, WI 53201-3115 |
| 519962674 | | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | | Jul 21 2023 21:11:15 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519948039 | | Email/Text: Bankruptcy.Notices@pnc.com | | |
| | | | Jul 21 2023 21:00:00 | PNC Bank, National Association, Attn: Bankruptcy Dept., 3232 Newmark Drive, Miamisburg OH 45342 |
| 519903588 | | Email/Text: Bankruptcy.Notices@pnc.com | | |
| | | | Jul 21 2023 21:00:00 | Pnc Mortgage, Attn: Bankruptcy, Po Box 8819, Dayton, OH 45401 |
| 519903589 | | Email/Text: Bankruptcy.Notices@pnc.com | | |
| | | | Jul 21 2023 21:00:00 | Pnc Mortgage, Po Box 8703, Dayton, OH 45401 |
| 519903592 | ^ | MEBN | | |
| | | | Jul 21 2023 20:53:27 | Syncb/Old Navy, P.o. Box 8803, Wilmington, DE 19899-8803 |
| 519903591 | + | Email/PDF: gecsedi@recoverycorp.com | | |
| | | | Jul 21 2023 21:11:48 | Syncb/Old Navy, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519903593 | + | Email/PDF: gecsedi@recoverycorp.com | | |
| | | | Jul 21 2023 21:22:13 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519903594 | + | Email/PDF: gecsedi@recoverycorp.com | | |
| | | | Jul 21 2023 21:34:00 | Synchrony Bank/Lowes, Po Box 956005, Orlando, FL 32896-0001 |
| 519903595 | | Email/Text: epr@telecheck.com | | |
| | | | Jul 21 2023 21:02:00 | TeleCheck Services, Inc., Attn: Bankruptcy Dept, PO Box 4451, Houston, TX 77210-4451 |
| 519903596 | ^ | MEBN | | |
| | | | Jul 21 2023 20:54:26 | Trans Union, PO BOX 2000, Chester, PA 19016-2000 |

TOTAL: 30

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519929658 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 23, 2023 · Signature: /s/Gustava Winters

District/off: 0312-2                                   User: admin                                          Page 3 of 3
Date Rcvd: Jul 21, 2023                              Form ID: plncf13                                  Total Noticed: 32

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 21, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Scott E. Tanne | on behalf of Debtor Richard M Vanatta  Jr. ecf@tannelaw.com, tannesr87179@notify.bestcase.com;tanne.ecf.email@gmail.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4