| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| In Re:<br>**Richard M Vanatta, Jr.** | Case No.    **23-13657**<br>Chapter:    **13**<br>Judge: |

## CERTIFICATION IN SUPPORT OF DISCHARGE

I, \_\_\_\_**Richard M Vanatta, Jr.**\_\_\_\_, debtor in this case certify as follows:

1. All payments required to be made by me under my plan have been made and are paid in full.

2. [X]  I am not required to pay domestic support obligations.

   [ ]  I am required to pay domestic support obligations and I have paid all amounts payable under court order or statute that were due on or before the date of this certification.

I certify under penalty of perjury that the above is true.

Date:  **July 15, 2025**

/s/ Richard M Vanatta, Jr.
Richard M Vanatta, Jr.
Debtor's Signature

**IMPORTANT:**
- **Each debtor in a joint case must file separate Certifications in Support of Discharge.**
- **A discharge will not be entered for a debtor who fails to file a <u>completed</u> Certification in Support of Discharge.**

rev.8/1/18