| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Richard M Vanatta Jr. | Social Security number or ITIN   xxx–xx–0934 |
| | First Name   Middle Name   Last Name | EIN   __–_____ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   ____ EIN   __–_____ |
| United States Bankruptcy Court   District of New Jersey | | |
| Case number:   23–13657–TBA | | |

# Order of Discharge                                                                              12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

  Richard M Vanatta Jr.

10/9/25                                                         **By the court:** MARK E HALL
                                                                             United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

  ♦ debts that are domestic support obligations;

  ♦ debts for most student loans;

  ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 23-13657-TBA
Richard M Vanatta, Jr.  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 3
Date Rcvd: Oct 09, 2025      Form ID: 3180W      Total Noticed: 32

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 11, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Richard M Vanatta, Jr., 28 Karen Place, Budd Lake, NJ 07828-1021 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Oct 09 2025 20:43:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 09 2025 20:43:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519903572 | + | Email/PDF: bncnotices@becket-lee.com | Oct 09 2025 21:16:34 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 519903573 | + | Email/PDF: bncnotices@becket-lee.com | Oct 09 2025 21:05:59 | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 519903575 | + | EDI: BANKAMER | Oct 10 2025 00:29:00 | Bank of America, Po Box 982238, El Paso, TX 79998-2238 |
| 519903574 | + | EDI: BANKAMER | Oct 10 2025 00:29:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 519903577 | + | EDI: JPMORGANCHASE | Oct 10 2025 00:29:00 | Chase Card Services, Po Box 15369, Wilmington, DE 19850-5369 |
| 519903576 | + | EDI: JPMORGANCHASE | Oct 10 2025 00:29:00 | Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850-5298 |
| 519903578 | + | Email/Text: bankruptcy.notifications@fisglobal.com | Oct 09 2025 20:43:00 | Chex System Inc, 7805 Hudson Road, Suite 100, Woodbury, MN 55125-1595 |
| 519903580 | + | EDI: CITICORP | Oct 10 2025 00:29:00 | Citibank, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 519903579 | + | EDI: CITICORP | Oct 10 2025 00:29:00 | Citibank, Attn: Bankruptcy, P.O. Box 790034, St Louis, MO 63179-0034 |
| 519908871 | | EDI: DISCOVER | Oct 10 2025 00:29:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 519903582 | + | EDI: DISCOVER | Oct 10 2025 00:29:00 | Discover Financial, Po Box 30939, Salt Lake City, UT 84130-0939 |
| 519903581 | + | EDI: DISCOVER | Oct 10 2025 00:29:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 519903583 | | Email/Text: bankruptcycourts@equifax.com | Oct 09 2025 20:42:00 | Equifax, PO BOX 740241, Atlanta, GA 30374 |
| 519903584 | ^ | MEBN | Oct 09 2025 20:39:10 | Experian, PO BOX 9701, Allen, TX 75013-9701 |
| 519903585 | | EDI: IRS.COM | | |

| District/off: 0312-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 09, 2025 | Form ID: 3180W | Total Noticed: 32 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Oct 10 2025 00:29:00 | IRS, PO BOX 7346, Philadelphia, PA 19101-7346 |
| 519923145 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Oct 09 2025 20:42:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 519903586 | + | EDI: CAPITALONE.COM | Oct 10 2025 00:29:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 519903587 | + | EDI: CAPITALONE.COM | Oct 10 2025 00:29:00 | Kohls/Capital One, Po Box 3115, Milwaukee, WI 53201-3115 |
| 519962674 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 09 2025 21:05:14 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519948039 | | Email/Text: Bankruptcy.Notices@pnc.com | Oct 09 2025 20:41:00 | PNC Bank, National Association, Attn: Bankruptcy Dept., 3232 Newmark Drive, Miamisburg OH 45342 |
| 519903588 | | Email/Text: Bankruptcy.Notices@pnc.com | Oct 09 2025 20:41:00 | Pnc Mortgage, Attn: Bankruptcy, Po Box 8819, Dayton, OH 45401 |
| 519903589 | | Email/Text: Bankruptcy.Notices@pnc.com | Oct 09 2025 20:41:00 | Pnc Mortgage, Po Box 8703, Dayton, OH 45401 |
| 519903590 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Oct 09 2025 20:41:00 | State of New Jersey, Division of Taxation, Bankruptcy Unit, PO Box 245, Trenton, NJ 08695-0245 |
| 519903592 | ^ | MEBN | Oct 09 2025 20:38:42 | Syncb/Old Navy, P.o. Box 8803, Wilmington, DE 19899-8803 |
| 519903591 | + | EDI: SYNC | Oct 10 2025 00:29:00 | Syncb/Old Navy, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519903593 | + | EDI: SYNC | Oct 10 2025 00:29:00 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519903594 | + | EDI: SYNC | Oct 10 2025 00:29:00 | Synchrony Bank/Lowes, Po Box 956005, Orlando, FL 32896-0001 |
| 519903595 | | Email/Text: epr@telecheck.com | Oct 09 2025 20:44:00 | TeleCheck Services, Inc., Attn: Bankruptcy Dept, PO Box 4451, Houston, TX 77210-4451 |
| 519903596 | ^ | MEBN | Oct 09 2025 20:38:59 | Trans Union, PO BOX 2000, Chester, PA 19016-2000 |

TOTAL: 31

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519929658 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 11, 2025                  Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 9, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Scott E. Tanne | on behalf of Debtor Richard M Vanatta Jr. ecf@tannelaw.com, tannesr87179@notify.bestcase.com;tanne.ecf.email@gmail.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4